IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **RODNEY KILGORE**, as sole proprietor of Monteagle Wrecker Service, **WILLIAM KILGORE**, as sole proprietor of Sonny's Wrecker Service, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DANIEL RUSKEY** in both his individual and official capacity as Lieutenant with the Tennessee Department of Safety; **JEFF MOSELY** in both his individual and Official capacity as Captain with the Tennessee Department of Safety; and **JAMES HUTCHESON** in both his individual and official capacity as Field Operations Lieutenant Colonel with the Tennessee Department of Safety, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 1:18-cv-00295-HSM-SKL** <br><br> **HON. JUDGE MATTICE** <br><br> **JURY DEMAND** |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

**COMES NOW** the movant, J. Taylor Thomas, Esq., of the law firm Tidwell & Associates, P.C., and hereby moves this Honorable Court for leave to appear *pro hac vice* for the purpose of participating as counsel in the above-captioned matter. In support of this Motion, Movant would show that he is a licensed attorney in good standing admitted to practice before the Supreme Court of the State of Tennessee. Additionally, pursuant to E.D. Tenn. L.R. 83(b)(2), Movant would show that his application for admission to practice before this Honorable Court is presently pending, having been filed with the Clerk of Court on February 15, 2019

**WHEREFORE** the movant request the Court grant this Motion for Leave to Appear *Pro Hac Vice*, and, by affixing his signature hereunder, hereby declares under penalty of perjury the foregoing to be true and correct.

This 4th day of March 2019.

Respectfully submitted,

**TIDWELL & ASSOCIATES, P.C.**

BY: _____
J. TAYLOR THOMAS, ESQ., BPR# 036278
*Attorney for Plaintiff*
1810 McCallie Ave.
Chattanooga, TN 37404
Phone:      (423) 607-7511
Facsimile: (423) 607-7515
Email:      jtt@tidwellandassociates.com

Case 1:18-cv-00295-HSM-SKL    Document 30    Filed 03/04/19    Page 2 of 2    PageID #: 957