# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| RODNEY KILGORE, as sole proprietor of Monteagle Wrecker Service, WILLIAM KILGORE, as sole proprietor of Sonny's Wrecker Service, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 1:18-cv-295 |
| DANIEL RUSKEY in his individual capacity only as Lieutenant with the Tennessee Department of Safety; JEFF MOSELY in his individual capacity only as Captain with the Tennessee Department of Safety; and JAMES HUTCHESON in his individual capacity only as Field Operations Lieutenant Colonel with the Tennessee Department of Safety, | ) ) ) ) ) ) ) ) ) | **JURY DEMAND** |
| *Defendants.* | ) | |

---

## NOTICE OF VOLUNTARY DISMISSAL

---

Come Plaintiffs herein, Rodney Kilgore and William Kilgore, by and through counsel, .

and give notice pursuant to Rule 41 of the Federal Rules of Civil Procedure of their Voluntary

Dismissal of this action without prejudice, no answer having been filed.

Respectfully submitted,

*/s/Russell L. Leonard*
Russell L. Leonard, BPR # 014191
*Attorney for Plaintiff*
119 Second Avenue SW
Winchester, TN 37398
(931) 962-0447 Phone

*/s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR # 016178
*Attorney for Plaintiff*
Taylor & Knight, G.P.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 971-1507 Phone

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Dawn Jordan, Esq.
Peako Jenkins, Esq.
Civil Rights & Claims
P.O. Box 20207
Nashville, TN 37202

*/s/Russell L. Leonard*
RUSSELL L. LEONARD

2